NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II LLC,**
*Plaintiffs-Appellants*

**v.**

**FTD COMPANIES, INC., FLORISTS' TRANSWORLD DELIVERY, INC., FTD.COM INC.,**
*Defendants-Appellees*

-------------------------------------------------------------------------------

**INTELLECTUAL VENTURES I LLC, INTELLECTUAL VENTURES II LLC,**
*Plaintiffs-Appellants*

**v.**

**J.CREW GROUP, INC.,**
*Defendant-Appellee*

---

2017-1376, 2017-1377

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:16-cv-00195-JRG, 6:16-cv-00196-JRG, Judge J. Rodney Gilstrap.

---

# JUDGMENT

CHRISTIAN JOHN HURT, Nix Patterson & Roach LLP, Dallas, TX, argued for plaintiffs-appellants. Also represented by DEREK TOD GILLILAND, Daingerfield, TX.

DAVID SWETNAM-BURLAND, Brann & Isaacson, Lewiston, ME, argued for all defendants-appellees. Defendant-appellee J.Crew Group, Inc. also represented by PETER J. BRANN, STACY O. STITHAM.

HOLLY HAWKINS SAPORITO, Alson & Bird LLP, Atlanta, GA, for defendants-appellees FTD Companies, Inc., Florists' Transworld Delivery, Inc., FTD.COM, Inc. Also represented by BRADY COX, MICHAEL J. NEWTON, Dallas, TX.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 20, 2017
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court